UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALYST INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>EMPATHY CATALYST CONSULTING,<br><br>    Defendant. | Case No. 24-cv-02557-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES**<br><br>Re: Dkt. No. 14 |

Plaintiff Catalyst Inc. has filed a motion to "adjourn" deadlines and requests an extension of time to serve defendant. The Court GRANTS the request for an extension of time and sets the following new pretrial deadlines:

- Deadline to file ADR Certification:  October 18, 2024
- Deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan:  October 25, 2024
- Deadline to make initial disclosures:  November 1, 2024
- Deadline to serve and file proof of service of the summons and complaint:  November 1, 2024
- Deadline to submit list of names and emails of any counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the Initial Case Management Conference:  November 6, 2024
- Deadline to submit Joint Case Management Statement:  November 8, 2024
- Initial Case Management Conference:  November 15, 2024

If service has not been effectuated by August 30, 2024, Catalyst shall file a status report by September 6, 2024, and may file a motion seeking leave to serve the summons and complaint by

1  alternative means.

3  **IT IS SO ORDERED**.

5  Dated: July 23, 2024

_____
SUSAN ILLSTON
United States District Judge